MARSHALL L. BRUBACHER, #199100
mbrubacher@mohlaw.com
MUNDELL, ODLUM & HAWS, LLP
650 E. Hospitality Lane, Suite 470
San Bernardino, California 92408
Telephone: (909) 890-9500
Facsimile: (909) 890-9580

Attorneys for Defendant
Alex Nell

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NETAFIM IRRIGATION, INC., a New York Corporation headquartered in California,<br><br>Plaintiff,<br><br>v.<br><br>ALEX NELL, an individual, and DOES 1-50,<br><br>Defendants. | Case No. 1:21-CV-00852-NONE-EPG<br><br>**STIPULATION TO CONTINUE MOTION FOR PRELIMINARY INJUNCTION, TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT, AND TO CONTINUE THE INITIAL SCHEDULING CONFERENCE; ORDER**<br><br>Date: August 16, 2021<br>Time: 8:30 a.m.<br>Judge: Unassigned<br>Courtroom 4<br><br>Complaint Filed: May 26, 2021 |

IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:

WHEREAS, Plaintiff and Defendant Alex Nell have been discussing a resolution of this case and, to that end, Plaintiff has requested that Defendant Nell confirm certain things in writing related to Plaintiff's confidential information, and Plaintiff is drafting such a confirmation for Defendant Alex Nell's consideration;

WHEREAS, if the parties are able to agree to the terms of the confirmation, Plaintiff will withdraw its motion for a preliminary injunction (the "Motion") and dismiss this case without prejudice thereby saving the parties' and the Court's time and resources associated with working up and resolving the motion and the claims in this case;

WHEREAS, the parties need 14 days in order for Plaintiff to draft the confirmation, to attempt to resolve any issues related to it, and, assuming agreement as to the terms of it, to file a stipulation for withdrawal of Plaintiff's Motion and dismissal of the case;

WHEREAS, Defendant's answer is currently due on August 11, 2021, the Court is scheduled to hear the Motion on August 16, 2021, and an Initial Scheduling Conference is scheduled to occur on August 26, 2021 at 10:30 a.m. in Courtroom 10; and

WHEREAS, the parties wish to exhaust their efforts to settle this matter in an effort to avoid potentially unnecessary litigation costs;

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval, as follows:

1. to continue the hearing on the Motion by two weeks from August 16, 2021 to August 30, 2021 or whatever date and time thereafter is convenient for the Court;

2. to continue the deadlines for the filing of the opposition to and reply in support of the Motion so as to operate off of the continued hearing date (i.e., 14 calendar days and 7 calendar days prior to the continued hearing date, respectively);

3. to continue the deadline for Defendant Nell to respond to the complaint from August 11, 2021 to August 18, 2021; and

1     4.     to continue the Initial Scheduling Conference from August 26, 2021 at 10:30 a.m. in Courtroom 10 to September 16, 2021 at 10:30 a.m. in Courtroom 10 or whatever date, time, and place is convenent for the Court.

Dated: July 28, 2021          MARSHALL L. BRUBACHER
                              MUNDELL, ODLUM & HAWS, LLP

                              By: */s/ Marshall L. Brubacher*
                                  Marshall L. Brubacher
                                  Attorneys for Defendant Alex Nell

Dated: July 28, 2021          G. HENRY WELLES
                              BEST BEST & KRIEGER LLP

                              By: _____
                                  G. Henry Welles
                                  Attorneys for Plaintiff
                                  Netafim Irrigation, Inc.

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained for every Signatory.

                              */s/ Marshall L. Brubacher*
                              Marshall L. Brubacher (SBN 199100)

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED:

1. The hearing[1] on Plaintiff's motion for preliminary injunction (ECF No. 4) is continued from August 16, 2021, to August 30, 2021, with the opposition and reply deadlines to be calculated accordingly pursuant to Local Rule 230;

2. The deadline for Defendant Nell to respond to the complaint is continued to August 18, 2021; and

3. The Initial Scheduling Conference is continued from August 26, 2021, to September 16, 2021 and 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall also file a joint scheduling report (*see* ECF No. 3) at least one full week prior to the conference. The parties shall email a copy of the joint scheduling report, in Word format, to epgorders@caed.uscourts.gov for the Judge's review.

IT IS SO ORDERED.

Dated:   **July 30, 2021**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are reminded that, pursuant to District Judge Dale A. Drozd's Standing Order re Judicial Emergency (ECF No. 3-2), no hearing will be calendared for this matter unless Judge Drozd orders otherwise. Instead, the hearing date serves only to set the opposition and reply deadlines pursuant to Local Rule 230.