UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETAFIM IRRIGATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEX NELL, <br><br> Defendant. | Case No. 1:21-cv-00852-NONE-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE <br><br> (ECF No. 14) |

The parties have filed a stipulation to dismiss this entire action without prejudice. (ECF No. 14.) In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **August 19, 2021**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE